Scott M. Grace S.B.N. 236621
Grace Law, APC
1958 Sunset Cliffs Boulevard
San Diego, CA 92107
sgrace@gracelawapc.com
Phone: 619-346-4611
Fax: 619-501-8106

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Paul Yoshizumi,<br><br>                    Plaintiff,<br><br>vs.<br><br>Constar Financial Services, LLC; Ally Financial; and Does 1-5.<br><br>                    Defendants. | Case No: : 2:22-cv-01555-MCS-E<br><br>**NOTICE OF SETTLEMENT OF CASE** |

**NOTICE IS HEREBY GIVEN** that this case has been settled in principle. The Parties anticipate filing a dismissal of this action in its entirety with prejudice within 45 days.

Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after June 24, 2022 for filing a dismissal.

Date: May 10, 2022

**Grace Law, APC**
s/ Scott M. Grace
Scott M. Grace
Attorney for the Plaintiff
Paul Yoshizumi
sgrace@gracelawapc.com

---

1
**NOTICE OF SETTLEMENT**

2:22-cv-01555-MCS-E

## CERTIFICATE OF SERVICE

I hereby certify that, on May 10, 2022, copies of the foregoing **NOTICE OF SETTLEMENT** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

**Grace Law, APC**
/s/ Scott M. Grace
Scott M. Grace
Attorney for the Plaintiff,
Paul Yoshizumi
sgrace@gracelawapc.com