Scott M. Grace  S.B.N. 236621
Grace Law, APC
1958 Sunset Cliffs Boulevard
San Diego, CA 92107
sgrace@gracelawapc.com
Phone: 619-346-4611
Fax:  619-501-8106

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Yoshizumi, | Case No. 2:22-cv-01555-MCS-E |
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREDJUDICE** |
| vs. | |
| Constar Financial Services, LLC; Ally Financial; and Does 1-5. | |
| Defendants. | |

Plaintiff Paul Yoshizumi, Defendant Constar Financial Services, LLC, and Defendant Ally Financial hereby move to dismiss the above entitled action with prejudice, each party to pay its own costs and attorneys' fees.

Date:  September 12, 2022               **Grace Law, APC**
                                        /s/ Scott M. Grace
                                        Scott M. Grace
                                        Attorney for the Plaintiff

| | |
|---|---|
| Date:  September 12, 2022 | **Goodman Law Firm, APC**<br>/s/ Brett B. Goodman<br>Brett B. Goodman<br>Attorney for Defendant<br>Constar Financial Services, LLC |
| Date:  September 12, 2022 | **Severson & Werson**<br>/s/ Mary Kate Sullivan<br>Mary Kate Sullivan<br>Attorney for Defendant<br>Ally Financial |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Brett B. Goodman, counsel for Defendant, and that I have obtained Brett B. Goodman's authorization to affix his electronic signature to this document.

Dated September 12, 2022              s/ Scott M. Grace
                                      Scott M. Grace
                                      Attorney for the Plaintiff

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mary Kate Sullivan counsel for Defendant, and that I have obtained Mary Kate Sullivan's authorization to affix his electronic signature to this document.

Dated September 12, 2022              s/ Scott M. Grace
                                      Scott M. Grace
                                      Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 12, 2022, copies of the foregoing **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREDJUDICE** was filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                        **Grace Law, APC**
                                        /s/ Scott M. Grace
                                        Scott M. Grace
                                        Attorney for the Plaintiff